**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1803**

ROBERT A. ZANDER,

             Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

             Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., Chief District Judge.  (1:12-cv-00700-WO-JEP)

Submitted:  November 22, 2016       Decided:  November 29, 2016

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert A. Zander, Appellant Pro Se.  Joan Brodish Childs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert A. Zander appeals the district court's order accepting the magistrate judge's recommendation and denying relief on Zander's action filed pursuant to the Federal Tort Claims Act, and a subsequent order denying reconsideration. Zander also appeals the magistrate judge's order granting the Government's motion for a protective order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Zander v. United States, No. 1:12-cv-00700-WO-JEP (M.D.N.C. Sept. 4, 2015; Mar. 31, 2016; July 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED